

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00623-CR

Matthew **SERNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Court Reporter's extension of time to file the court reporter's record is this date NOTED. Time is extended to November 2, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc: Audrey  Gossett Louis
81st District Attorney
1105 A Street
Floresville, TX 78114-1961

Robert F. Lipo Jr.
81st Judicial District Attorney's Office
1105 A. Street
Floresville, TX 78114

Leticia Escamilla
Court Reporter, 218th District Court
1 Courthouse Circle Dr, Ste 206
Jourdanton, TX 78026-0100

Nohl Bryant
Bryant Law PC
6714  N. New Braunfels Ave., Ste. 205
San Antonio, TX 78209